**Affirmed as Modified and Opinion Filed June 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01588-CR

### EDWARD DERELL HARMON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F13-54014-I

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

Edward Derell Harmon waived a jury, pleaded guilty to unlawful possession of a firearm by a felon and pleaded true to two enhancement paragraphs. After finding appellant guilty and the enhancement paragraphs true, the trial court assessed punishment at imprisonment for twenty-five years. In a single issue, appellant contends the trial court's judgment should be modified to show the correct statute for the offense. We modify the trial court's judgment and affirm as modified.

Appellant was convicted under section 46.04 of the Texas Penal Code. *See* TEX. PENAL CODE ANN. § 46.04(a) (West 2011). The trial court's judgment incorrectly identifies the statute

as "46.05 Penal Code."  Thus, the judgment is incorrect.  We sustain appellant's sole issue.  We modify the judgment to show the statute for the offense is "46.04(a) Penal Code."  *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.


Do Not Publish
TEX. R. APP. P. 47
131588F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDWARD DERELL HARMON,
Appellant

No. 05-13-01588-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas (Tr.Ct.No.
F13-54014-I).
Opinion delivered by Justice Francis,
Justices Bridges and Lang-Miers
participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Statute for Offense" is modified to show "46.04(a) Penal Code."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered June 17, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE